# EXHIBIT 3





